UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| TAREQ ZIAD FOUAD ZAKARNEH,<br><br>               Plaintiff,<br><br>   v.<br><br>BURNS, et al.,<br><br>               Defendants. | CASE NO. 3:25-cv-05730-RSM-BAT<br><br>**ORDER OF DISMISSAL** |

Having reviewed, *de novo*, the Report and Recommendation of the assigned United States Magistrate Judge, Plaintiff's Objections, and the record, the Court finds and ORDERS:

(1)    The Court ADOPTS in part the Report and Recommendation.

        a.    Plaintiff's Complaint is DISMISSED. Claim One of the Complaint is DISMISSED WITH PREJUDICE.

        b.    Plaintiff's Motion to add a third claim, Dkt. #7, is DENIED.

(2)    Plaintiff's Motion for another extension to file objections, requesting more time in the law library, Dkt. #11, is DENIED. *See* Fed. R. Civ. P. 16(b)(4) and LCR 16(b)(6).

(3)    Plaintiff's Motion requesting more time and to voluntarily dismiss certain claims, Dkt. #12, is GRANTED in part. Claims Two, Three, and Four are DISMISSED without prejudice. *See* Fed. R. Civ. P. 41(a)(1)(A). Plaintiff's request for another extension of time to file objections is DENIED.

(4)    The Clerk shall provide a copy of this Order to Plaintiff. This case is closed.

ORDER OF DISMISSAL - 1

Dated this __10th__ day of __November__, 2025.

_____
RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

ORDER OF DISMISSAL - 2