# United States District Court
## WESTERN DISTRICT OF WASHINGTON
### AT SEATTLE

| | |
|---|---|
| TAREQ ZIAD FOUAD ZAKARNEH, | **JUDGMENT IN A CIVIL CASE** |
| Plaintiff, | |
| v. | Case No. 3:25-cv-05730-RSM-BAT |
| BURNS, et al., | |
| Defendant. | |

_____ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

__X__ **Decision by Court**. This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

THE COURT HAS ORDERED THAT:

The Report and Recommendation is adopted and approved in part.  See Order for details. The matter is dismissed.

Dated this 10th day of November, 2025.

RAVI SUBRAMANIAN
Clerk of Court

*/s Tajma Eaton*
Deputy Clerk